UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA HARWOOD,

          Plaintiff,

v.

NORTH AMERICAN BANCARD LLC,
and MARC GARDNER,

          Defendants.
_____/

Case No. 18-cv-12567

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

### ORDER ON JOINT FINAL PRETRIAL ORDER

The parties are reminded of the following language from the Scheduling Order issued in this case:

> In advance of filing any motion *in limine*, the parties must meet and confer regarding the merits of each and every potential motion *in limine* and attempt to resolve issues with stipulations where possible. Each motion *in limine* that is filed with the Court must indicate that such a meet and confer has taken place and that the parties were *absolutely unable to resolve the contested issue* without intervention of the Court.

(ECF No. 17, Scheduling Order PgID 92–93 (emphasis added).)

The parties have the same obligation to meet, confer, and make a good faith effort to resolve every anticipated objection listed in their Joint Final Pretrial Order. If, after that conference, there are remaining disputes, the parties may file additional motions *in limine* that contain specific legal arguments, with citations to

and explications of supporting case law and not just bare citations to the Federal Rules of Evidence.

IT IS SO ORDERED.

Dated: August 31, 2020                           s/Paul D. Borman
                                                 Paul D. Borman
                                                 United States District Judge