UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TERESA HARWOOD,

    Plaintiff,

v.

NORTH AMERICAN BANCARD LLC,
and MARC GARDNER, jointly and severally,

    Defendants.

_____/

Case No. 18-cv-12567

Hon. Paul D. Borman

Magistrate Judge
Elizabeth A. Stafford

**Stipulated Order Regarding Upcoming Deadlines**

WHEREAS, Plaintiff's response to Defendants' Motion in Limine Regarding Plaintiff's Damages Claims is due on December 30, 2021;

WHEREAS, the Court has requested an updated pretrial order to be submitted in mid-January 2022;

WHEREAS the Court also ordered that the parties' subsequent version of the pretrial order must include specific motions in limine regarding any outstanding evidentiary disputes (*see* ECF No. 56);

WHEREAS Plaintiff's counsel have had recent health problems, including one counsel testing positive for COVID-19 within the last few days; and

WHEREAS the Plaintiff has requested an extension of time to address the above deadlines and the Defendants do not oppose that request;

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises, and

IT IS HEREBY ORDERED that (1) the Plaintiffs' response brief will now be due on January 20, 2022; (2) the revised pretrial order is due January 27, 2022; and (3) any additional motions in limine related to the pretrial order are due on February 10, 2022.

IT IS SO ORDERED.

Dated:  December 22, 2021              s/Paul D. Borman
                                       Hon. Paul D. Borman
                                       United States District Court Judge

1

Stipulated as to form and substance:

| | |
|---|---|
| Pitt McGehee Palmer & Rivers, P.C. | Kienbaum Hardy<br>Viviano Pelton & Forrest, P.L.C. |
| By: _s/Jennifer L. Lord with consent_<br>   Jennifer L. Lord (P46912)<br>   Robert W. Palmer (P31704)<br>Pitt McGehee Palmer & Rivers, P.C.<br>117 W. 4th Street, Ste. 200<br>Royal Oak, MI 48067<br>(248) 398-9800<br>jlord@pittlawpc.com<br>rpalmer@pittlawpc.com | By: _s/Thomas J. Davis_<br>   Elizabeth P. Hardy (P37426)<br>   Thomas J. Davis (P78626)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com |

Dated:  December 22, 2021

434041