UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Teresa Harwood

          Plaintiff(s),          Case No. 18-12567

v.          Honorable Paul D. Borman

North American Bancard LLC, et al.,    Honorable Terrence G. Berg

          Defendant(s).
_____/

**ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY**

    Pursuant to E.D. Mich LR 83.11(b)(2), the Chief Judge may order a civil case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable __Paul D. Borman__ to the docket of the Honorable __Terrence G. Berg__.

s/Sean F. Cox
Chief Judge Sean F. Cox
United States District Judge

s/Paul D. Borman
Paul D. Borman
United States District Judge

s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

Date: April 13, 2023          s/ S Schoenherr
          Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Terrence G. Berg