UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Teresa Harwood,

                Plaintiff(s),

v.                                              Case No. 2:18–cv–12567–TGB–EAS
                                              Hon. Terrence G. Berg

North American Bancard LLC,
et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**


                                              s/Terrence G. Berg
                                              Terrence G. Berg
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/A Chubb
                                              Case Manager

Dated:  May 22, 2023