UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERESA HARWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN BANCARD LLC, MARC GARDNER,<br><br>Defendants. | 2:18-CV-12567-TGB<br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE<br>TERRENCE G. BERG |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: August 15, 2023